ROSE A. GALVIN v. WALT DISNEY WORLD.

April 6, 1981.

Petition for certification denied.

P. M. C. DINERS, INC. v. BAKAS RESTAURANT, INC.

April 6, 1981.

Petition for certification denied.

BRUCE GALIGUIRE v. JOSEPH COLONNA.

April 6, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS MCKNIGHT.

April 6, 1981.

Petition for certification denied.